**Carmen JONES, Dr., Plaintiff–Appellant,**

v.

**State of NEVADA BOARD OF MEDICAL EXAMINERS, Defendant–Appellee.**

No. 14–15278.

United States Court of Appeals, Ninth Circuit.

Submitted March 17, 2016.*

Decided March 23, 2016.

Jacob Hafter, Hafterlaw, Las Vegas, NV, for Plaintiff–Appellant.

Barry Breslow, Esquire, Frank Gilmore, Michael E. Sullivan, Robison, Belaustegui, Sharp & Low, Reno, NV, for Defendant–Appellee.

Before: W. FLETCHER, RAWLINSON, and HURWITZ, Circuit Judges.

## MEMORANDUM **

Carmen Jones brought this lawsuit under 42 U.S.C. § 1983 against the State of Nevada Board of Medical Examiners ("NBME"). The district court dismissed the case with leave to amend on the ground that the Eleventh Amendment proscribes lawsuits against a state or its agencies in federal court, *see Pennhurst State Sch. & Hosp. v. Halderman,* 465 U.S. 89, 100–02, 104 S.Ct. 900, 79 L.Ed.2d 67 (1984), and that NBME is a state agency, *Buckwalter v. Nev. Bd. of Med. Exam'rs,* 678 F.3d 737, 740 n. 1 (9th Cir.2012). Jones then declined to file an amended complaint. The district court was, of course, correct to dismiss the case.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.